## People of State of Illinois, Defendant in Error, v. Mary Robertson, Plaintiff in Error.

Gen. No. 43,477.

opinion filed April 24, 1946; rehearing denied May 10, 1946; released for publication May 10, 1946. George M. Tearney and Ode L. Rankin, for plaintiff in error; William J. Tuohy, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe, Joseph A. Pope, and C. D. Pemberton, Assistant State's Attorneys, of counsel. Opinion by JUSTICE LEWE. Not to be published in full.